**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ROZALIYA RIPA, individually and on behalf of
all others similarly situated

                              Plaintiff,

        -against-                                                    25 **CIVIL** 10028 (CM)

                                                                    **JUDGMENT**

UNILEVER UNITED STATES, INC.,

                              Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Decision and Order dated March 23, 2026, Unilever's motion to dismiss the

Complaint is GRANTED.

**Dated:** New York, New York

        March 24, 2026

                                                        **TAMMI M. HELLWIG**
                                                _____
                                                        **Clerk of Court**

                                        **BY:**
                                                _____
                                                        **Deputy Clerk**