**MANDATE**

1:25-cv-10028-CM

**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jul 28, 2026

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of July, two thousand twenty-six.

---

Rozaliya Ripa, On behalf of herself and all others similarly situated,

        Plaintiff - Appellant,

  v.

Unilever United States, Inc.,

        Defendant - Appellee.

**ORDER**
Docket No. 26-1077

---

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

*Catherine O'Hagan Wolfe*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*

**MANDATE ISSUED ON 07/28/2026**